UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KNOWLES,<br>　　　　Plaintiff,<br>　　v.<br>POSITIVE BEHAVIOR SUPPORTS CORP.,<br>　　　　Defendant. | Case No. 20-cv-00335-PJH<br><br>**ORDER**<br>Re: Dkt. No. 27 |

　　　The parties notified the court of their pending settlement following mediation. All pending deadlines, including plaintiff's date to file a motion for class certification, are hereby VACATED. Plaintiff must file a motion for preliminary approval of class settlement no later than July 8, 2021.

**IT IS SO ORDERED.**

Dated: June 3, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge